**Lizzie MCCAIN, Plaintiff—Appellant,**

v.

**SACRAMENTO COUNTY; et al., Defendants—Appellees.**

No. 05–16494.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2006.*

Filed March 10, 2006.

Lizzie McCain, Sacramento, CA, pro se.

Rachel A. Bouman, Esq., Porter, Scott, Weiberg and Delehant, Sacramento, CA, for Defendants–Appellees.

Before: BEEZER, T.G. NELSON, and BEA, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

**MEMORANDUM \*\***

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

